UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JESSE BLANCO, :
        Plaintiff, :
:
v. : No. 5:20-cv-02072
:
CITY OF READING, :
        Defendant. :

**O R D E R**

**AND NOW**, this 26th day of March, 2021, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1.    The Motion to Dismiss, ECF No. 9, is **GRANTED**.

2.    Count I of the Amended Complaint is dismissed without prejudice. All other counts are dismissed with prejudice.

3.    **Within twenty days of the date of this Order**, Plaintiff may, consistent with the Opinion, file an amended complaint as to Count I. If Plaintiff fails to timely file an amended complaint, this action will be dismissed in its entirety with prejudice and closed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge