UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE BLANCO, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 5:20-cv-02072 |
| | : | |
| CITY OF READING, | : | |
|     Defendant. | : | |

# **O R D E R**

**AND NOW**, this 1st day of June, 2021, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 19, is **GRANTED**.

2. The Third Amended Complaint, ECF No. 18, is **DISMISSED with prejudice**.

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge